**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
CHARLES SIMON,

                       Plaintiff,

       -against-                                23 **CIVIL** 5125 (LJL)

                                                 **JUDGMENT**

FEDERAL PRISON INDUSTRIES INC. and
STEVE SCHWALB,

                       Defendants.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated February 9, 2026, Plaintiff's case is DISMISSED WITH

PREJUDICE. Accordingly, the case is closed.

**Dated:** New York, New York

      February 13, 2026

                                       **TAMMI M. HELLWIG**
                                 _____
                                      **Clerk of Court**

                    **BY:**                            
                                     _____
                                      **Deputy Clerk**